**The Commonwealth of Massachusetts
Commission Against Discrimination
436 Dwight Street, Rm. 220, Springfield, MA 01103
Phone: (413) 739-2145 Fax:**

8/14/2003

John T Leahy, Esquire
68 Thrasher Hill Road
P.O. Box 364
Worthington, MA 01098

                        RE: Jane Bergenn vs. Williston Northampton School
                        MCAD Docket Number: 03SEM01837
                        EEOC/HUD Number: 16CA302122

Dear Complainant Party:

Please be advised that the Massachusetts Commission Against Discrimination (MCAD) has assigned to investigate the above referenced complaint of discrimination. The Commission's investigator will review the allegations in the complaint and will keep the parties informed of developments arising from that investigation.

Please indicate the following by initialing the correct statement:

_____ I am represented by an attorney in this matter. If you initial this statement, you must submit to the investigator a Notice of Appearance from your attorney within 10 days of the date of this letter in order to be considered represented by counsel.

_____ I am not represented by an attorney in this matter.

Please note that if your situation changes you must notify the Commission immediately. Also, failure to accurately complete this statement may result in your claim being administratively closed for failure to cooperate with the Commission's investigation.

The Respondent has been advised of our requirement to provide you with a copy of its position statement. You are required to submit a rebuttal to that position statement within twenty-one (21) days of receipt of the position statement.

It is our policy to determine whether the parties are willing to consider a rapid, informal and voluntary resolution of this dispute. The Commission encourages such resolutions as an alternative to the often lengthy and expensive litigation process. To discuss the possibility of settlement, please contact the Investigator named below.

If you have any questions pertaining to the Investigation, please contact Gilbert May at (413) 739-2145 x 130.

Very truly yours,

Gilbert May
Investigator

Cc:

MCAD Docket Number 03SEM01837, Serve Complainant – Without Investigative Conference

## U.S. Equal Employment Opportunity Commission

Boston Area Office
JFK Federal Building, Room 475
Boston, MA 02203
Phone: (617) 565-3200
TDD: (617) 565-3204
Fax: (617) 565-3196

EEOC Charge No: 16CA30212 2

NOTICE
This office has been sent a copy of the Complaint of employment discrimination you filed with the Massachusetts Commission Against Discrimination (MCAD), and in order to preserve your federal rights the above referenced charge number has been assigned.

YOUR FEDERAL RIGHTS AND EEOC PROCEDURAL REGULATIONS
   ( ) Title VII of the Civil Rights Act of 1964, as amended (Title VII)-
   If you wish to file a private lawsuit in Federal District Court with your own private attorney, prior to the MCAD's completion of its investigation, you may do so by requesting a NOTICE OF RIGHT TO SUE from the EEOC. Once this request for you to file a private lawsuit is granted, your EEOC charge and possibly the MCAD complaint will be closed. When you receive the NOTICE OF RIGHT TO SUE, it is only valid for ninety (90) days.

   ( ) The age discrimination in employment act of 1967, as amended (ADEA)-
   If you filed your complaint within 300 days of the alleged act of discrimination you can file a private lawsuit under the ADEA any time 60 days after the date you filed your complaint, or within 90 days of your receipt of notice that the EEOC has completed action on your complaint.

   (✓) The Americans with Disabilities Act of 1990 - Same as Title VII.

The Massachusetts Commission Against Discrimination will investigate and resolve your complaint. If you have any questions regarding the status of your complaint, contact the MCAD location where you filed the complaint. If you want EEOC to conduct a review of the MCAD's Final Determination and Order, you must make this request in writing to the above address within 15 days of the MCAD's final determination, otherwise, we will accept the MCAD's final action as our own. EEOC's regulations require that you inform us and the state agency, in writing, of any change in or prolonged absence from your current address.

If you do not wish to file a private lawsuit on your own, and wish the Massachusetts Commission Against Discrimination to continue with its investigation of your complaint, there is no need for you to take any action now. The MCAD will in the near future inform you of their findings.

EEOC Charge Number , EEOC Transmittal Letter to Complainant



```
JOHN T.
LEAHY
COUNSELLOR
AT   LAW
```

68 Thrasher Hill Rd.
P.O. Box 364
Worthington, MA 01098
(413) 238-0223
fax (413) 238-0224
email lawquest@valinet.com
www.law-quest.com

DISCRIMINATION/SPRINGFIELD
COMMISSION AGAINST

RECEIVED

Wednesday, July 02, 2003

Attorney Assisted Unit
Massachusetts Commission Against Discrimination
436 Dwight Street, RM 220
Springfield, MA 01103

RE:   *Jane Bergenn –and- The Williston Northampton School*

Dear Sir/Madam:

I represent Jane Bergenn who was terminated March 31, 2003.

Enclosed please find an original and one copy of a discrimination charge I am filing on Ms. Bergenn's behalf. I believe the Employer will continue to be represented by Claire L. Thompson, Esq. of Doherty, Wallace, Pillsbury and Murphy, PC, One Monarch Place, Suite 1900, Springfield, MA, 01144-1900 (Telephone 413-733-3111).

Thank you for your assistance.

Very truly yours,

John T. Leahy

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; see Privacy Act Statement on reverse before completing this form.

ENTER CHARGE NUMBER
☒ FEPA 03 2301837
☒ EEOC 16CA302122

_____ M.C.A.D. _____ and EEOC
(State or local Agency, if any)

cell 413-977-1270

NAME (Indicate Mr., Ms., or Mrs.) Jane Bergenn
HOME TELEPHONE NO. (Include Area Code) 413-529-2572

STREET ADDRESS 116 Pleasant St. #11, CITY, STATE AND ZIP CODE Easthampton MA 01027
COUNTY Hampshire

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

NAME Williston Northampton Sch.
NO. OF EMPLOYEES/MEMBERS 100+
TELEPHONE NUMBER (Include Area Code) 413-529-3000

STREET ADDRESS 19 Payson Ave., Easthampton MA 01027

NAME Att: Gloria Granfield - HR Dept.

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))
☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ AGE ☐ RETALIATION ☒ OTHER (Specify) handicap

DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (Month, day, year) 3·31·03

THE PARTICULARS ARE (If additional space is needed, attached extra sheet(s)):

(See Attached)

RECEIVED

COMMISSION AGAINST DISCRIMINATION/SPRINGFIELD

☒ I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - (When necessary to meet State and Local Requirements)
I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF COMPLAINANT
Jane Bergenn

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year) 6/23/03

Date / Charging Party (Signature) Jane Bergenn

EEOC FORM 5 MAR 84   PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE AND MUST NOT BE USED

Jane Bergenn, MCAD/EEOC charge continued . . .

1. I am 61 years of age and was employed as an art teacher at the Williston Northampton School for approximately 19 years.
2. Between Friday November 15, 2002 and Monday November 18, 2002 I used a kiln to fire student sculptures. Pursuant to advice from Thorn Haxo an experienced sculptor I brought the kiln to optimum temperature over the course of the weekend in order to avoid damage to the sculptures.
3. On Monday, November 18, 2002 I taught in my classroom from 8 AM until 3 PM and gradually raised the kiln temperature every few hours to fire a second group of sculptures. That afternoon Richard Lemelin a custodian told me that he had found my classroom filled with smoke at 7PM on Friday. He complained of irritated eyes and throat and was subsequently absent for several weeks due to a respiratory infection. My classroom at the school's Reed Center building had no windows that opened thus cross-ventilation, only sky lights which opened a maximum of 6 inches.
4. On Tuesday, November 19, 2002 I taught in my classroom from 8AM to 3PM. The kiln finished firing in the afternoon but needed to cool down. I was feeling pain in my chest and a burning sensation in my throat particularly during my last class
5. On Wednesday, November 20, 2002 I taught three classes but continued to experience the above symptoms. After school I telephoned my primary care physician, Dr. Brummer and his nurse told me to contact the fire Department to obtain the MSDS information on clay, newspaper and masking tape, the material placed in the kiln. When I spoke to the Fire Department representative he insisted on taking me to Coley Dickinson Hospital's emergency room. Attached as **Exhibit 1** are: copies of a) First Report of Injury; b) Memo from Jeff Tannant, Head of the school's physical plant; and c) Medical reports from Cooley Dickinson's emergency room.
6. From Thursday November 21, 2002 through Tuesday, November 26, 2002 I continued my teaching duties holding classes in the Reed Center in a classroom adjoining the room where the kiln was located and elsewhere. By the end of the day on Tuesday the 26th I was experiencing chest pain.
7. From Wednesday November 27th to Monday December 2nd no classes were held due to Thanksgiving break. By the end of the day on Monday December 2nd I again experienced chest pain and went to the Cooley Dickinson ER.
8. From Tuesday December 3rd through Wednesday December 4th I continued to experience pain, which became more pronounced the longer I was in, my room at the Reed Center. Dr. Brummer whom I saw on December 3rd said I had chemically induced bronchitis and my classroom should have an air purifier. I gave his written recommendation to the school.
9. On Thursday December 5th I taught my first period sculpture class in the Reed Center, and subsequently went to the room where the kiln was located to gather paper, scissors, crayons and pastels etc. I put everything in boxes so the custodians could move them to the Middle School Building. (Rob Kelley, middle school director, had permitted me to teach my middle school classes in the middle

school's auditorium, as a way of reducing my exposure to my Reed Center classroom. However I continued to use my Reed classroom for my non-middle school classes) During my 5th period sculpture class back in the Reed Center, I experienced headache, nausea, and chest pain. I arranged for a colleague to cover the class and I went to the Administration Building and spoke with Susan Kennedy, Assistant Head of the School, who gave me permission to go home for the rest of the day.

10. I continued to experience symptoms through December 12th. On Friday December 13th I had my first appointment with Dr. Meth (a pulmonary specialist) Exhibit **2** are letters from Dr. Meth.
11. I continued to experience symptoms through January 8th during which time I saw several medical providers. On January 8th the school informed me that they were giving me a Family Medical Leave until January 28, 2003. This was subsequently extended to February 4, 2003 because of an intervening winter break.
12. On January 17, 2003 Dr. L. Christine Oliver, Associate Physician, Pulmonary and Critical Care Unit, Harvard Medical School saw me. She wrote to Gloria Granfield at the school and recommended several remedial steps, to improve the air quality in my classroom. See, **Exhibit 3**
13. On Tuesday February 4, 2003 I returned to my classroom to find that Dr. Oliver's remedial steps were not fully carried out. For example nothing had been cleaned and removed from the room and one air purifier had been purchased, but not the one that was recommended. By the end of my first class my symptoms was as bad as ever.
14. On Friday, February 7, 2003 I saw Dr. Meth who prescribed prescriptions to treat my asthma.
15. On February 11, 2003 I met with school officials to discuss moving to another classroom in the Reed Center. I stressed the importance of moving only non-porous items that could be cleaned of residue prior to the move.
16. The next day I experienced symptoms in the new classroom at the Reed Center building.. **Exhibit 4** is a follow up letter from Dr. Oliver noting among other thins that her recommendations were not fully implemented..
17. Teaching staff usually received letters from the school in February/March reappointing them for the next academic year beginning on or about September 1st. In early March 2003 I received a telephone call from Brian Wright, headmaster, informing me that I would not be receiving a letter,(i.e. contract) and that he would discuss it after Spring break when it would be more clear how my health situation was going to resolve itself).
18. Symptoms continued, and I saw Dr. Oliver on March 4, 2003 and was prescribed an inhaler and had more pulmonary function tests. Spring break occurred March 8th to March 24th, I returned to my classroom on March 25th.
19. On Thursday, March 27, 2003 I taught my first two classes during which I experienced symptoms. I left the school and telephoned Rob Kelly middle school director, and explained that I was sick and he arranged to have my afternoon class covered.

20. On March 28th I submitted a proposal to teach my students outside of my classroom. Later that evening the proposal was rejected. The school never employed an industrial hygienist or other appropriate professional to clean the Reed Center's ductwork relying instead on their custodial staff. My request to teach in another building was a reasonable and cost effective option.
21. By letter dated March 31, 2003 I was terminated for "job abandonment" See, **Exhibit 5**, which also contains a letter dated March 31, 2003 from Dr.Oliver.

Conclusion: I never abandoned my job, but for the inadequate remedial steps undertaken by the school, I believe I could have continued to discharge my duties. I believe my discharge was motivated by discrimination due to my medical condition in violation of MGLA c. 151B and the Americans With Disabilities Act and related state and federal statutes. I also believe that my discharge was in retaliation for my efforts to have the school employ competent professionals to restore healthful air quality to my Reed Center work environment. (See, **Exhibit 6**, a letter written March 14th, less than two weeks before my discharge asking among other things if an industrial hygienist had inspected the ventilation system. I also believe that the school took the opportunity to discharge me in order to replace me with younger less costly teachers, in violation of c. 151B and the ADEA.



Tuesday, November 26, 2002 11:07:24 AM
Message

From: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
 Jeffrey Tannatt

Subject: Fwd: Electric Kiln

To:  MaryJo Morris

MJ..FYI:

---

I spoke with the manufacturer of the kiln this afternoon. They indicated that our kiln (electric hobby kiln) should not be used for the type of firing that occurred recently. The newspaper oxidizing will eventually coat the coils with carbon causing them to work less effectively and eventually burn out prematurely. If the newspaper cannot be removed before firing, the items need to be fired in a gas fired kiln, which will not be effected by the oxidizing newspaper. Having stated that, he did say that the smoke that would have been created by the paper would not be toxic.
I also tried to get in touch with the distributer in Waltham, that sold us the unit 15+ years ago. I did not have any success in reaching them.
We have scheduled to have the building custodian begin performing some extra cleaning in the rooms tomorrow and we will have the whole evening crew working in the classrooms during their shift on Wednesday.
I was told that Jane did have an appointment with her regular physician this afternoon. Hopefully he was able to calm her fears somewhat and/or able to get her in to see the specialist more quickly.
Jeff

Jeffrey A. Tannatt
Director of Physical Plant
The Williston Northampton School
19 Payson Avenue
Easthampton, MA 01027
Tel. - 413.529.3272
Fax - 413.529.3387
jtannatt@williston.com



# EASTHAMPTON FIRE DEPARTMENT

32 Payson Ave
Easthampton, MA 01027
(413) 527-4200 TEL
(413) 529-1407 FAX

Alfred Morissette
Fire Chief

November 21, 2002

The Williston Northampton School
Attn Jeff Tannant
19 Payson Ave.
Easthampton, Ma 01027

Jeff,

At your request, an inspection was conducted at Reed Hall on Thursday, November 21, 2002 at approximately 1445 hrs. Specifically, the space occupied by the kiln.

Upon entry, an odor of ash similar to a fireplace was noted. This odor was noted throughout the space. Investigation found what appeared to be remnants of paper in several clay heads that were apparently recently fired in the kiln. The exhaust appliance appears to be in working order.

Although the ash odor may be distasteful, it does not pose a significant health risk. I would recommend that in the future, persons operating the kiln be more diligent as to what is placed in the kiln before firing. Paper products should not be placed in a kiln.

If you have any further questions, please do not hesitate to contact me.

Kevin Croake
Deputy Chief

FORM 101 

The Commonwealth of Massachusetts
Department of Industrial Accidents – Department 101
600 Washington Street – 7th Floor, Boston, Massachusetts 02111
Info. Line 800-323-3249 ext. 470 in Mass. Outside Mass. - 617-727-4900 ext. 470
http://www.state.ma.us/dia

DIA USE ONLY

## EMPLOYER'S FIRST REPORT OF INJURY OR FATALITY

THIS FORM MUST BE FILED BY THE *EMPLOYER* IN THE EVENT OF AN INJURY THAT RESULTS IN DEATH OR FIVE OR MORE CALENDAR DAYS OF TOTAL OR PARTIAL INCAPACITY FROM EARNING WAGES.
*INSTRUCTIONS AND CODES ON THE REVERSE SIDE* - Please Print Legibly or Type - Unreadable forms will be returned.

**EMPLOYEE**

1. Employee's Name (Last, First, MI): BERGENN, JANE B.
2. Home Telephone Number: 413 529 2271
3. Social Security Number: 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
4. Sex: ☐ M ☒ F
5. Home Address (No., Street, City, State & Zip Code): 116 PLEASANT ST. LOFT #30
6. Marital Status: ☐ M ☒ S
7. No. of Dependents: 0
8. Date of Hire (mm/dd/yyyy): 07/15/84
9. Date of Birth (mm/dd/yyyy): 05/01/1942
10. Average Weekly Wage: $ 906.00  ☒ Estimated  ☐ Actual

**EMPLOYER**

11. Employer's Name: THE WILLISTON NORTHAMPTON SCHOOL
12. Federal Tax I.D. Number: 04-1975990
13. Employer's Address (No., Street, City, State & Zip Code): 19 PAYSON AVENUE EASTHAMPTON, MA 01027
14. Employer's Telephone Number: 413-529-3251
15. Industry Code (See Reverse Side): 82
16. Workers' Compensation Insurance Carrier and Tel. No. (NOT LOCAL AGENT/ADMINISTRATOR): INDEPENDENT SCHOOLS COMP CORP   978-691-2470
17. W.C. Policy Number: WC 000042-2
18. Self-Insured? ☒ Yes  ☐ No   If Yes, Self-Insurer Number:
19. Business Type: ☐ Service ☐ Wholesale ☐ Mfg. ☐ Retail ☐ Other

**INJURY INFORMATION**

20. DATE OF INJURY (mm/dd/yyyy): 11 20 2002
21. Was Employee Injured on Employer's Premises? ☒ Yes ☐ No
22. Location of Injury if not on Employer's Premises:
23. FIRST day of Total or Partial Incapacity to Earn Wages (mm/dd/yyyy): 11/21/2002
24. FIFTH day of Total or Partial Incapacity to Earn Wages (mm/dd/yyyy): 11/26/2002
25. If Employee has Died, Date of Death (mm/dd/yyyy):
26. Source of Injury (Chemicals, Machinery, etc.): FUMES FROM CERAMIC KILN
27. Briefly Describe How Injury/Exposure Occurred and Body Part(s) involved: INADEQUATE VENTILATION SYSTEM RESULTED IN THROAT AND LUNG INJURY
28. Person to Whom Injury was Reported (list position): DEBORAH SHERR, CHAIR, FINE ARTS DEPT.
29. Date Reported (mm/dd/yyyy): 11/20/2002
30. Date Reported as work related (mm/dd/yyyy): 11/20/2002
31. Injury Code(s) / Body Part Code(s):
   a. 271  to body part  a. 144
   b. 570  to body part  b. 430
   c.       to body part  c.
32. Witness(es) to Injury - Give Full Name(s), if none state as such:
33. Has Employee Returned to Work? ☒ Yes ☐ No   PART-TIME
34. Date Employee Returned to Work (mm/dd/yyyy): 11/25/2002
35. Employee's Regular Occupation: ART TEACHER
36. Has Employee Returned to Regular Occupation: ☒ Yes ☐ No   PART-TIME
37. EMPLOYER'S Name (SEE INSTRUCTIONS ON REVERSE SIDE):
38. Title:
39. EMPLOYER'S Signature (SEE INSTRUCTIONS ON REVERSE SIDE):
40. Date Prepared (mm/dd/yyyy):

*Disclosure of Social Security Number is Voluntary. It will aid in the processing of your report.    Form 101 - Revised 8/2001 - Reproduce as needed.
**THIS FORM DOES NOT CONSTITUTE AN EMPLOYEE'S CLAIM FOR BENEFITS UNDER WORKERS' COMPENSATION.**

COOLEY DICKINSON HOSPITAL, INC.
30 LOCUST ST, P.O. BOX 5001, NORTHAMPTON, MA 01061-5001
(413) 582-2000

EMERGENCY DEPARTMENT/OUTPATIENT RECORD

| NAME: | BERGENN, JANE | ROOM: ED |
|---|---|---|
| PATIENT ADDRESS: | 116 PLEASANT STREET #30 | DISCH DATE: |
| | EASTHAMPTON, MA 01027 | |
| PATIENT PHONE#: | 000-527-2970 | REGISTRATION DATE: 11/20/2002 |
| D.O.B.: | 05/01/1942 | MEDICAL RECORD: 136356 |
| EMERGENCY PHYS: | IRA HELFAND, M.D. | ACCT: 2971898 |
| PRIMARY CARE PHYS: | CHARLES K. BRUMMER, M.D. | FCLASS: H |
| ADMITTING PHYS: | | |

S: CHIEF COMPLAINT: This is a 60 year old who presents complaining of chest pain. HISTORY OF PRESENT ILLNESS: The patient reports that for the last couple of days she has been having pain in her chest. She relates this to firing a kiln at the school where she works. She reports that the material that she is firing in the kiln has masking tape and newspaper stuffed within the center of the clay pieces, and that she has done a long slow firing. She noticed there was a discomfort in her chest she describes as an ache yesterday afternoon while she was at work. It was better when she left the area, worse when she was back in the room where the kiln was. Today at work she developed the same symptoms again. She has felt somewhat uncomfortable in her breathing, although not actually short of breath. She felt when she was home tonight she didn't feel she had the energy to walk upstairs. She has had no cough, no fever. The patient reports that a coworker exposed to the kiln also complained of irritated eyes and throat. PAST MEDICAL HISTORY: The patient has a history of hypothyroidism and is on replacement. This is her only medication. She has no history of hypertension or diabetes. ALLERGIES: NONE. FAMILY HISTORY: No family history of coronary disease. Her mother had some kind of coronary even when she was 72. REVIEW OF SYSTEMS: Negative. SOCIAL HISTORY: She is divorced, and works as an art teacher and an artist.

O: PHYSICAL EXAM: BP is 104/49, pulse 66, respiratory rate 18, temp 36.6. The O2 sat was initially reported at 93% on room air, indicating a significant degree of hypoxia. However, when it was rechecked some time later it was 97% on room air, indicating adequate oxygenation. The sclerae are anicteric. Mucous membranes are moist. There is no adenopathy or thyromegaly. The skin is without rash. The lungs are clear, without rales or wheezes. The heart is S1, S2 and regular, without murmur. The abdomen has normal bowel sounds, is soft and nontender. The patient moves all extremities well and has no facial asymmetry. EOMs exhibit full range of motion.

Chest x-ray showed a question of some increased interstitial markings. EKG showed sinus rhythm with no ST-T wave abnormalities, and was within normal limits. Cardiac monitor showed sinus rhythm to my reading. CPK and troponin were both within normal limits. The BMP showed a calcium of 8.3, and sodium 146, and was otherwise normal. D-Dymer was normal at

COOLEY DICKINSON HOSPITAL

NAME: BERGENN, JANE
MR: 136356
ACCT: 2971898

PAGE 2
ED NOTE

276. CBC showed a hemoglobin of 11.1 and was otherwise normal. Carboxyhemoglobin was within normal limits as well at 0.3%.

A/P: Chest discomfort, probably secondary to exposure to fumes from the kiln. The patient was advised that she should not fire the kiln in its current location without some change being made to ensure that it is adequately ventilated. She was also apprised of the increased interstitial markings on chest film, and advised that she should consult her physician for possible further follow up. She was discharged in stable condition.

_____
IRA HELFAND, M.D.
This report has been electronically reviewed and approved by IRA HELFAND, M.D. 11/24/2002.

\: cp        /: 3090       DD: 11/21/2002   DT: 11/22/2002
         JOB: 28372    ID: 000506076

fx: CHARLES K. BRUMMER, M.D. (03140)
>

COOLEY DICKINSON HOSPITAL

COOLEY DICKINSON HOSPITAL, INC.
30 LOCUST ST, P.O. BOX 5001, NORTHAMPTON, MA 01061-5001
(413) 582-2000

EMERGENCY DEPARTMENT/OUTPATIENT RECORD

| | | |
|---|---|---|
| NAME: | BERGENN, JANE | ROOM: |
| PATIENT ADDRESS: | 116 PLEASANT STREET #30 | DISCH DATE: 12/02/2002 |
| | EASTHAMPTON, MA 01027 | |
| PATIENT PHONE#: | 000-527-2970 | REGISTRATION DATE: 12/02/2002 |
| D.O.B.: | 05/01/1942 | MEDICAL RECORD: 136356 |
| EMERGENCY PHYS: | IRA HELFAND, M.D. | ACCT: 2977911 |
| PRIMARY CARE PHYS: | CHARLES K. BRUMMER, M.D. | FCLASS: H |
| ADMITTING PHYS: | @ | |

S: PRIMARY CARE PHYSICIAN: Charless Brummer, M.D. HISTORY: This is a 60-year-old who presents complaining of chest discomfort. HISTORY OF PRESENT ILLNESS: The patient was seen here on November 20th. At that time she reported that she had had discomfort in her chest for a couple of days which had gotten much worse that day at work. She found that each day it got better when she was at home but got worse when she went in to work. The patient is an art teacher and at the time had been using the kiln and believed that there may have been some fumes from the firing of the kiln which were causing the problem. One of her coworkers had also reported having some bronchial irritation when in the building. The patient had an evaluation on that day which was remarkable for a chest x-ray which showed a question of some increased interstitial markings, a normal cardiogram and blood work and a normal hemoglobin. The patient was discharged with suggestion she follow up with her primary care physician because of the question of the increased interstitial markings on her chest x-ray. She reports that she continued to have some discomfort in her chest and that it got better over the recent holiday weekend when she was not going to work although she was at a reception on 12/1 in town and there was a large crowd there and she again felt a discomfort in her chest. Today, on going back to work after the holiday weekend she around midday developed the same kind of chest discomfort and it has persisted all day. She reports that it is relatively mild but it seems distinctly abnormal to her. PAST MEDICAL HISTORY: The patient has history of hypothyroidism and is on thyroid replacement. This is her only medication. She has no allergies to medicine. She does not smoke cigarettes. There is no history of hypertension or diabetes. She does have a family history of her mother having had a heart attack. REVIEW OF SYSTEMS: Negative. SOCIAL HISTORY: She is divorced. Works as an art teacher at a local school.

O: Blood pressure is 109/53, pulse 71, respirations 20, temp is 36.6. The oxygen saturation is 96% on room air, indicating perhaps some mild hypoxia. The sclera are anicteric. Mucous membranes are moist. The skin is without rash. There is no adenopathy or thyromegaly. The lungs are clear at this time. The heart is S1, S2. The abdomen has normal bowel sounds, is soft and nontender. The patient moves all extremities well and has no facial asymmetry. EKG shows sinus rhythm with no acute ST or T wave abnormalities. The chest x-ray was without change from the

COOLEY DICKINSON HOSPITAL

NAME: BERGENN, JANE                                                PAGE 2
MR:   136356                                                       ED NOTE
ACCT: 2977911


film done on 11/20.  The patient's sed rate is at 8.  The D-Dimer is 282.
CBC is within normal limits and the TSH is
slightly elevated at 5.28.

A:   1)  Chest discomfort of uncertain etiology.

P:  The patient has an appointment on 12/3 with her primary care
physician and was asked to keep that appointment.  No specific etiology
for the pain has been established at this point.
??


                    _____
                         IRA HELFAND, M.D.
This report has been electronically reviewed and approved
by IRA HELFAND, M.D. 12/07/2002.

\:   me1        /:  3090       DD: 12/03/2002    DT: 12/06/2002
              JOB: 32525       ID: 321014521

fx: CHARLES K. BRUMMER, M.D. (03140)
>

COOLEY DICKINSON HOSPITAL, INC. RADIOLOGY DEPARTMENT
30 LOCUST STREET, P.O. BOX 5001 NORTHAMPTON, MA 01061-5001
(413) 582-2000

EMERGENCY DEPARTMENT X-RAY REPORT

```
PATIENT:        BERGENN, JANE                    MRNO:  136356
ORD DR :        IRA HELFAND, M.D.                 DOB:  05/01/1942
STATUS:         ED                              ORDNO:  3913864
EXAM DESCRIPTION: CHEST 2 VIEWS                   ACCT:  2971898
ADDORD:                                      EXAM DATE:  11/20/2002
```

EXAM: CHEST                                                DATE: 11/20/2002

Two views were obtained on this 60-year-old with chest pain. Minimal discoid atelectatic change is seen at the left base. No consolidated infiltrate is identified. An accessory azygous lobe is seen in the right upper lung, an incidental finding. No large effusion is evident. The heart is normal in size.

IMPRESSION: Minimal discoid atelectatic change at the left base.
*******************************************************************
Code: 71020

CHARLES BERNSTEIN, M.D.
This report has been electronically reviewed and approved
by CHARLES BERNSTEIN, M.D. 11/22/2002.

CB \:  rab        /:  3770          DD: 11/21/2002   ID: 000505827
                                    DT: 11/21/2002   TIME: 1514


History/Signs and Symptoms: CHEST PAIN -

Pregnant:       Shielded: YES
Technologist(s): Kevin Ham


fx: CHARLES K. BRUMMER, M.D. (03140)
>

15:26  04/11/2003                                                    C O P Y

```
              COOLEY DICKINSON HOSPITAL, INC. RADIOLOGY DEPARTMENT
           30 LOCUST STREET, P.O. BOX 5001 NORTHAMPTON, MA 01061-5001
                                  (413) 582-2000

                         EMERGENCY DEPARTMENT X-RAY REPORT

PATIENT:      BERGENN, JANE                              MRNO: 136356
ORD DR :      IRA HELFAND, M.D.                           DOB: 05/01/1942
STATUS:       ED                                        ORDNO: 3913426
EXAM DESCRIPTION: CHEST 1 VIEW OR PORTABLE               ACCT: 2971898
ADDORD:                                             EXAM DATE: 11/20/2002
```

EXAM: PORTABLE CHEST AT 1425     DATE: 11/20/2002

No comparison.

The heart and mediastinum are normal in size and contour. A mild scoliosis accentuates the soft tissues in the right paratracheal area but I do not believe any mass is present at this site. An azygos lobe is incidentally noted in the medial right apex.

Markings in both lung bases seem slightly prominent and coarse possibly indicating underlying interstitial lung disease vs. simple atelectasis. The lung fields otherwise seem clear. I see no convincing evidence of CHF.

IMPRESSION: Slightly coarse interstitial pattern, particularly in the lung bases which may indicate interstitial lung disease. Pulmonary function testing might be considered for further evaluation. Otherwise no acute process is apparent.
****************************************************************
Code: 71010

                            PAUL H. KOLBJORNSEN, M.D.
This report has been electronically reviewed and approved
by PAUL H. KOLBJORNSEN, M.D. 11/22/2002.

PHK \:  nlg       /:  3930       DD: 11/20/2002  ID: 000505712
                                 DT: 11/21/2002  TIME: 1311


History/Signs and Symptoms: CHEST PAIN -

Pregnant:    Shielded:
Technologist(s): Deb Fisk


fx: CHARLES K. BRUMMER, M.D. (03140)
>

```
           COOLEY DICKINSON HOSPITAL, INC. RADIOLOGY DEPARTMENT
         30 LOCUST STREET, P.O. BOX 5001 NORTHAMPTON, MA 01061-5001
                               (413) 582-2000

                      EMERGENCY DEPARTMENT X-RAY REPORT

  PATIENT:        BERGENN, JANE                      MRNO: 136356
  ORD DR :        IRA HELFAND, M.D.                   DOB: 05/01/1942
  STATUS:         ED                                ORDNO: 3943356
  EXAM DESCRIPTION: CHEST 2 VIEWS                    ACCT: 2977911
  ADDORD:                                       EXAM DATE: 12/02/2002
```

EXAM: CHEST        DATE: 12/02/2002

The prior study of 11/20/02 was signed out by the patient to Dr. Brummer and has not been returned as of this date. PA and lateral views reveal the lungs to be well expanded. Right apical pleural thickening is present with what appears to represent thickening along the reflection of an azygous fissure. No consolidated infiltrate or pleural effusion are identified. Minimal linear opacity is noted at the left base.

IMPRESSION: Left basilar scarring vs. subsegmental atelectasis. Right apical pleural thickening. No consolidated infiltrate apparent.
****************************************************************
Code: 71020

                            DAVID RIFKEN, M.D.
This report has been electronically reviewed and approved by DAVID RIFKEN, M.D. 12/03/2002.

DR \:   nlg        /:  3550       DD: 12/03/2002   ID: 000510149
                                  DT: 12/03/2002   TIME: 1246


History/Signs and Symptoms: CHEST PAIN

Pregnant:    Shielded: yes
Technologist(s): Joseph McKenzie


fx: CHARLES K. BRUMMER, M.D. (03140)
>

EXHIBIT 2

# SPRINGFIELD MEDICAL ASSOCIATES INC.
## ENFIELD MEDICAL ASSOCIATES

2150 MAIN STREET
SPRINGFIELD, MA 01104
(413) 739-5676
FAX (413) 731-9107

VICTORIA L. COOK, M.D.
INTERNAL MEDICINE AND
ENDOCRINOLOGY
MICHAEL P. COPPOLA, M.D.
PULMONARY DISEASES, CRITICAL
CARE AND SLEEP DISORDERS
CHRISTINE C. EVANCHICK, M.D.
RHEUMATOLOGY
SHEILA C. GALLO, M.D.
PULMONARY DISEASES AND
CRITICAL CARE
PAUL C. HETZEL, M.D.
MEDICAL ONCOLOGY
DAVID R. KALMAN, M.D.
GASTROENTEROLOGY
THOMAS J. KEENAN, M.D.
CARDIOLOGY AND
INTERNAL MEDICINE
BRUCE M. METH, M.D.
PULMONARY DISEASES AND
CRITICAL CARE
DAVID H. MILLER, M.D.
RHEUMATOLOGY
JEFFREY J. OCHS, M.D.
ONCOLOGY AND HEMATOLOGY
DAVID L. PLEET, M.D.
GASTROENTEROLOGY
MICHAEL H. ROSEN, M.D.
HEMATOLOGY, ONCOLOGY AND
INTERNAL MEDICINE
ROY STILLERMAN, M.D.
PULMONARY DISEASES AND
CRITICAL CARE
JOHN M. ZEROOGIAN, M.D.
GASTROENTEROLOGY
DALE PAPPAS, PA-C

2150 MAIN STREET
SPRINGFIELD, MA 01104
(413) 731-5663
FAX (413) 731-9783

SANDRA D. CAMERON, M.D
INTERNAL MEDICINE AND PEDIATRICS
HERI D. CHEUNG, M.D.
INTERNAL MEDICINE AND PEDIATRICS
ANDREW G. MOSKOVITZ, M.D.
INTERNAL MEDICINE AND PEDIATRICS
KAREN CARRENS, PA-C

701 ENFIELD STREET
ENFIELD, CT 06082
(860) 741-6058
FAX (860) 731-9783

MARY F. ADLER, M.D.
INTERNAL MEDICINE
JAY S. BURTON, D.O.
INTERNAL MEDICINE
KATHLEEN E. CARLSON, M.D.
INTERNAL MEDICINE
DARREN S. O'NEILL, M.D.
INTERNAL MEDICINE
HOWARD D. RO, M.D.
INTERNAL MEDICINE
LISA SINGH, APRN, NP
INTERNAL MEDICINE

SALVATORE TASSONE
ADMINISTRATOR

December 13, 2002

Charles Brummer, M.D.
118 Conz Street
Northampton, MA 01060

RE: Jane Bergenn

Dear Dr. Brummer:

I had the pleasure to see Mrs. Bergenn in the office today on your consultation for dyspnea. She has an interesting history of smoke inhalation/exposure, which started about November 15 when she fired up the kiln in her classroom. She usually does smaller pieces, but this time she was working on several large pottery pieces, which were stuffed with newspaper. Reported there was a great deal of smoke produced by it though it cleared by next morning. However, when coming in she found that she had trouble breathing. This progressed to the point where she required an ambulance to take her to the Cooley Dickinson Hospital on November 20. There was an exhaust fan in the area, but it was not working well as they found out later. Since then she has complained of chest pains and aches. She had a chest x-ray done in that emergency room visit, which showed increased interstitial markings on the report. Oxygen saturation was initially 93% saturated and increased to 96% saturated.

The patient went back to work, however on December 2, after being away for a four day holiday weekend, she once again developed worsening chest pains and pressure in her chest and went back to the emergency room. At that time her oxygen saturation was 96% saturated. She had a chest x-ray done, which she was told was unchanged.

Her past history is relatively unremarkable. She has been an artist and art instructor for almost 19 years. In the past she has taught yoga. She attended college in a city in Buffalo and smoked briefly while in school. She is divorced and her husband was an English teacher. Her hobbies include painting, drawing, yoga, hiking, biking and she has a cat. Family history is remarkable for a father who died of a stroke and a mother who died of a heart attack. She had one sister who died of multiple sclerosis and three siblings who are still alive. She has four children, four daughters, all alive and in good health.

Her physical exam revealed a well developed well nourished woman in no acute distress. Her oropharynx was within normal limits. Her neck was supple and her trachea midline. Her chest was symmetric.

Charles Brummer, M.D.
December 13, 2002
Page 2

RE: Jane Bergenn

There was a slightly limited respiratory excursion otherwise it was normal. Her cardiac exam was normal, as was her abdomen. I reviewed the chest x-ray from November 20, which she brought with her. It was both a portable film and PA and lateral film. The portable film had evidence of collapse of one segment in the right lower lobe as well as a presence on both films of an azygos lobe. The x-rays themselves had a "dirty" appearance to them and on the lateral film, I think there was indication of a lower lobe infiltrate.

At this point, she has some symptoms of consistent with interstitial lung disease process. However, I am unclear what to make of her symptoms all together. I plan to start by obtaining pulmonary function tests as well as a CT scan of her chest utilizing a high resolution protocol. I told her that I though industrial cleaners would be a good idea at the school to clean out the vents. I plan to see her back after her CT scan and pulmonary function tests.

I would like to thank you for involving me in this woman's care.

Sincerely,

Bruce M. Meth, M.D.

BMM:lmf
135933