UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

FILED
CLERK'S OFFICE

2004 FEB -3  A 11: 19

U.S. DISTRICT COURT
DISTRICT OF MASS

**Acknowledgement of Service of Amended Complaint**

TO: John T. Leahy, Attorney for Plaintiff Jane Bergenn

   I acknowledge receipt of the Amended Complaint in the action of Jane Bergenn v. The Williston Northampton School and Brian Wright whose case number **04 CV-30012-MAP** in the United States District Court for the District of Massachusetts.

Date: 1/30/04                    Signature: *Claire L. Thompson*

Claire L. Thompson, Esq
Counsel for Williston and Brian Wright.
Doherty, Wallace, Pillsbury,
And Murphy, PC
One Monarch Place, 19th FL.
Springfield, MA 01144-1002