UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

FILED
CLERK'S OFFICE

2004 FEB -6  A 10: 56

U.S. DISTRICT COURT
DISTRICT OF MASS

**Acknowledgement of Service of Summons and Complaint**

TO: John T. Leahy, Attorney for Plaintiff Jane Bergenn

I acknowledge receipt of the Summons and Complaint in the action of Jane Bergenn v. The Williston Northampton School and Brian Wright whose case number CV- 04-30012-MAP in the United States District Court for the District of Massachusetts.

Date: Jan. 23, 2004           Signature: Claire L. Thompson

Claire L. Thompson, Esq
Counsel for Williston and Brian Wright.
Doherty, Wallace, Pillsbury,
And Murphy, PC
One Monarch Place, 19th FL.
Springfield, MA 01144-1002