UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE BERGENN,   )<br>            Plaintiff   )<br>                        )<br>    v.              )<br>                        )<br>WILLISTON NORTHAMPTON   )<br>SCHOOL, et al.,        )<br>            Defendants )  | Civil Action No. 04cv30012-MAP |

NOTICE OF SCHEDULING CONFERENCE

    Pursuant to the Order of Reference dated February 24, 2004, a scheduling conference will be held on April 2, 2004, at 11:00 a.m. before Kenneth P. Neiman, U.S.M.J. at the U.S. District Court, Fifth Floor, 1550 Main Street, Springfield, Massachusetts, in accordance with Fed. R. Civ. P. 16(b) and Local Rule 16.1. The Court considers attendance of the senior lawyers ultimately responsible for the case and compliance with Sections (B), (C), and (D) of Local Rule 16.1 to be of the utmost importance. Counsel may be given a continuance only if actually engaged on trial. Failure to comply with this notice and with Sections (B), (C), and (D) of Local Rule 16.1 may result in sanctions under Local Rule 1.3.

                                              KENNETH P. NEIMAN,
                                              U.S. Magistrate Judge

February 25, 2004                             By:    /s/ Bethaney A. Healy
Date                                                      Bethaney A. Healy,
                                                         Deputy Clerk
                                                         (413) 785-0244

---

These sections of Local Rule 16.1 provide:

    (B)    Obligation of counsel to confer: Unless otherwise ordered by the Judge, counsel for the parties shall confer no later that twenty-one (21) days prior to the date for the scheduling conference for the purpose of: