UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

JANE BERGENN,

    Plaintiff

v.

                              CIVIL ACTION NO:04-3001-MAP

THE WILLISTION NORTHAMPTON SCHOOL,
AND BRIAN WRIGHT

    Defendants

## JOINT STATEMENT PROPOSING PRE-TRIAL SCHEDULE

In accordance with the Court's Notice of Scheduling Conference dated February 25, 2004, the attorneys for the parties conferred March 29, 2004 and agreed upon the following pre-trial schedule for this Civil Action.

I.    Discovery Plan

    A. The parties confirm their obligation to limit discovery as set forth in F.R.Civ.P. 26(b). Phased discovery is not desired or requested.

    B. Discovery, exclusive of expert discovery shall be completed by August 1, 2004.

    C. Each party shall identify its experts, if any, and supply their curriculum vitae, and identify the subject on which the experts are expected to testify no later than September 1, 2004.

    D. Each party shall provide an expert report relating to the matters on which an expert is expected to testify and for which the party has the burden of proof no later than November 1, 2004.

E. Each party shall provide a reply to the other party's expert report no later than December 1, 2004.

F. Expert depositions shall be completed by January 1, 2005.

II. All dispositive motions shall be filed no later than March 1, 2005.

III. The undersigning counsel and authorized representatives of each party signing below affirm that the party and its counsel have conferred

A. with a view to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation; and

B. to consider resolution of the litigation through the use of Alternative Dispute Resolution programs such as outlined in Local Rule 16.4.

By *Claire L. Thompson*
Claire L. Thompson, Esq.
For Defendants

By *John T. Leahy*
John T. Leahy, Esq.
For Plaintiff

By *Dr. Brian Wright*

By *Jane Bergeron*

2