UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JANE BERGENN,            )
        Plaintiff    )
                    )
v.                       )    Civil Action No. 04-30012-MAP
                    )
                    )
THE WILLISTON NORTHAMPTON )
SCHOOL, and BRIAN WRIGHT, )
        Defendants   )

SCHEDULING ORDER
April 2, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference held this day:

1. All non-expert discovery, including depositions, shall be completed by July 2, 2004.

2. Plaintiff shall designate and disclose information regarding her trial experts as required by FED. R. CIV. P. 26(a)(2) by July 2, 2004.

3. Defendants shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by August 13, 2004.

4. All expert depositions shall be completed by October 1, 2004.

5. Counsel shall appear for a case management conference on October 7, 2004, at 2:00 pm. in Courtroom Three.