IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION



| | |
|---|---|
| JANE BERGENN,<br>    Plaintiff<br><br>v.<br><br>THE WILLISTON NORTHAMPTON<br>SCHOOL, and BRIAN WRIGHT,<br>    Defendants | Case Number: 04-30012-MAP |

## REVISED JOINT STATEMENT PROPOSING PRETRIAL SCHEDULE

In accordance with the Court's Notice of Scheduling Conference dated February 25, 2004, the attorneys for the parties conferred on March 29, 2004 and participated in the Court's Scheduling Conference of April 2, 2004. The parties agreed to the following initial schedule for this civil action:

    I.    Discovery Plan

        A.    The parties confirm their obligation to limit discovery as set forth in FRCP 26(b). Phased discovery is not desired or requested at this time.

        B.    All nonexpert discovery, including depositions, shall be completed by July 2, 2004.

        C.    The plaintiff shall designate and disclose information regarding her trial experts as required by FRCP 26(a)(2) by July 2, 2004.

        D.    Defendants shall designate and disclose information regarding their trial experts as required by FRCP 26(a)(2) by August 13, 2004.

        E.    All expert depositions shall be completed by October 1, 2004.

        F.    Counsel shall appear for a Case Management Conference on October 7, 2004 at 2:00 p.m. in courtroom 3.

224624-1

II.      All dispositive motions shall be filed no later than December 31, 2004.

III.     The undersigned counsel and authorized representative of each party signing below affirm that the party and its counsel have conferred

    A.    with a view to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation; and

    B.    to consider resolution of the litigation through the use of Alternative Dispute Resolution programs such as outlined in Local Rule 16.4.

By
John T. Leahy, Esq.
For Plaintiff
Jane Bergenn

_____

By

_____
Jane Bergenn

By
Claire L. Thompson, Esq.
For Defendants
The Williston Northampton School
And Dr. Brian Wright

*/s/ Claire L. Thompson*

By

*/s/ B. Wyatt*
_____
Dr. Brian Wright

224624-1

2