UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JANE BERGERON,
_____
Plaintiff(s)

V.

THE WILLISTON NORTHAMPTON SCHOOL, JN
_____
Defendant(s)

CIVIL ACTION

NO. 04-30012-MAP

**REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE _Ponsor_

[ ] The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[✓] On _June 21 & 30, 2004_ I held the following ADR proceeding:

___ SCREENING CONFERENCE                ___ EARLY NEUTRAL EVALUATION
_X_ MEDIATION (followup telephone conference)    ___ SUMMARY BENCH / JURY
                                                     TRIAL
___ MINI-TRIAL                          ___ SETTLEMENT CONFERENCE

[✓] All parties were represented by counsel ~~except~~ _____ ]
[✓] The parties were present in person or by authorized corporate officer
    The case was:
[✓] Settled. A _30_ day order of dismissal has been entered by the court.
[ ] There was progress.
[ ] Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.
[ ] Suggested strategy to facilitate settlement:

February 26, 2004
_____
DATE

/s/ Kenneth P. Neiman
_____
ADR Provider

KENNETH P. NEIMAN, U.S. Magistrate Judge