UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JANE BERGENN,

_____
            Plaintiff

    v.                                    CIVIL ACTION NO. 04-30012-MAP

THE WILLISTON NORTHAMPTON SCHOOL, ET AL
_____
            Defendant


THIRTY (30) DAY SETTLEMENT ORDER OF DISMISSAL


    The Court having been advised by counsel for the parties that the above-entitled action has been settled.

    IT IS HEREBY ORDERED that this action is DISMISSED without costs and without prejudice to the right, upon good cause shown within ~~sixty (60)~~ thirty (30) days, to reopen the action if settlement is not consummated by the parties.


DATED: June 30, 2004


                                        TONY ANASTAS, CLERK

                                        By _____Mary Finn_____
                                            Deputy Clerk


COPIES TO: Counsel of record