IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

JANE BERGENN,
    Plaintiff

v.

Case Number: 04-30012-MAP

THE WILLISTON NORTHAMPTON
SCHOOL, and BRIAN WRIGHT,
    Defendants

## STIPULATION OF DISMISSAL

Now come the parties to the above-entitled action and, pursuant to the provisions of F.R. Civ. P. 41(a)(1), hereby stipulate that said action be dismissed, including all claims and counterclaims related to the matters asserted in the said action between the parties, with prejudice and with each party to bear its own costs. All notice and rights of appeal are hereby waived.

| THE PLAINTIFF, | THE DEFENDANTS, |
| --- | --- |
| JANE BERGENN | THE WILLISTON NORTHAMPTON SCHOOL |
|  | AND DR. BRIAN WRIGHT |

By /s/ John T. Leahy
    John T. Leahy
    68 Thrasher Hill Road
    P.O. Box 364
    Worthington, MA 01098
    Tel. (413) 238-0223
    Fax (413) 238-0224
    BBO #: 562352

By /s/ Claire L. Thompson
    Claire L. Thompson, Esquire
    Doherty, Wallace, Pillsbury
    & Murphy, P.C.
    One Monarch Place
    1414 Main Street, 19th Floor
    Springfield, MA 01144
    Phone: (413) 733-3111
    Fax: (413) 734-3910
    B.B.O. No: 550262

Dated: 7/16/04

233137-1