**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

JANE BERGENN
         Plaintiff

    V.

WILLISTON NORTHAMPTON SCHOOL, et al.
         Defendants

CIVIL ACTION

NO.   04-30012-MAP

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE   Ponsor

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]    On   June 21 and 30, 2004,   I held the following ADR proceeding:

      __ SCREENING CONFERENCE      __ EARLY NEUTRAL EVALUATION

      _X_ MEDIATION (followup telephone conference)    __ SUMMARY BENCH / JURY TRIAL

      __ MINI-TRIAL      __ SETTLEMENT CONFERENCE

[X]    All parties were represented by counsel [except _____]

[X]    The parties were present in person or by authorized corporate officer

The case was:

[X]    Settled. A _30_ day order of dismissal has been entered.

[ ]    There was progress.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

July 1, 2004
    DATE

/s/ Kenneth P. Neiman
ADR Provider

KENNETH P. NEIMAN, U.S. Magistrate Judge