IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

JANE BERGENN,
   Plaintiff

v.

Case Number: 04-30012-MAP

THE WILLISTON NORTHAMPTON
SCHOOL, and BRIAN WRIGHT,
   Defendants

### STIPULATION OF DISMISSAL

Now come the parties to the above-entitled action and, pursuant to the provisions of F.R. Civ. P. 41(a)(1), hereby stipulate that said action be dismissed, including all claims and counterclaims related to the matters asserted in the said action between the parties, with prejudice and with each party to bear its own costs. All notice and rights of appeal are hereby waived.

THE PLAINTIFF,
JANE BERGENN

By _/s/ John T. Leahy_
John T. Leahy
68 Thrasher Hill Road
P.O. Box 364
Worthington, MA 01098
Tel. (413) 238-0223
Fax (413) 238-0224
BBO #: 562352

Dated: 7·16·04

THE DEFENDANTS,
THE WILLISTON NORTHAMPTON SCHOOL
AND DR. BRIAN WRIGHT

By _/s/ Claire L. Thompson_
Claire L. Thompson, Esquire
Doherty, Wallace, Pillsbury
 & Murphy, P.C.
One Monarch Place
1414 Main Street, 19th Floor
Springfield, MA 01144
Phone: (413) 733-3111
Fax:   (413) 734-3910
B.B.O. No: 550262

233137-1